**Ira D. Kelsheimer, appellant, v. Dessa Kelsheimer, appellee. Gen. No. 8,032.**

Bill for divorce on ground of desertion. Dismissed for want of equity. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 28, 1927.

C. E. Beach, for appellant. Schneider & Schneider, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Maud A. Lindsey, appellee, v. John H. Lindsey, appellant. Gen. No. 8,048.**

Bill for separate maintenance. Order for maintenance, suit money and solicitor's fees *pendente lite.* Appeal from the City Court of Canton; the Hon. Charles B. Adams, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 28, 1927.

Burnett M. Chiperfield, Claude E. Chiperfield and Robert B. Chiperfield, for appellant. Glenn Ratcliff, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**W. J. Lateer, appellee, v. Jennie C. Neil et al., appellants. Gen. No. 8,026.**

Appeal from order denying motion to open a judgment entered in vacation on note sued on. Appeal from the Circuit Court of Shelby county; the Hon. Franklin R. Dove, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 28, 1927.

A. J. Steidley, for appellants. Ward & Pugh, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**Columbia Weighing Machine Company, appellant, v. Alvin Henkel and Enno Henkel, appellees. Gen. No. 8,056.**

Assumpsit to recover contract price of goods sold. Judgment for defendants. Appeal from the Circuit Court of Montgomery county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 28, 1927.

M. J. McMurray, for appellant. Hill & Bullington, for appellees.

Mr. Justice Shurtleff delivered the opinion of the court.